UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　　Defendants. | No.: 1:21-cv-00990-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

　　　　Plaintiff Morris Roberson is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 9, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed against defendants Fambrough, Johnson, Silva, Bedolla and Furlong for excessive force, against defendants Cruz and Rodriguez for failure to intervene, and against defendants Serna, Rhodes, and Dr. Goller for deliberate indifference to a serious medical need. (Doc. No. 13.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 2.) No objections were filed and the time to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 9, 2021 (Doc. No. 13) are adopted in full;
2. This action proceeds only on plaintiff's excessive force claim against defendants Fambrough, Johnson, Silva, Bedolla and Furlong for excessive force, failure to intervene claim against defendants Cruz and Rodriguez, and deliberate indifference claim against defendants Serna, Rhodes, and Dr. Goller;
3. All other claims and defendants are dismissed from this action; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **October 6, 2021**

                                                                              *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE