UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>                 Plaintiff,<br><br>        v.<br><br>J. FARMBROUGH, et al.,<br><br>                 Defendants. | Case No.: 1:21-cv-00990-DAD-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR SERVE ON DEFENDANT SERNA<br><br>(ECF No. 20) |

Plaintiff Morris Roberson is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 7, 2021, the Court found that service of Plaintiff's complaint was appropriate as to Defendants Fambrough, Johnson, Silva, Bedolla and Furlong for excessive force, against Defendants Cruz and Rodriguez for failure to intervene claim, and against Defendants Serna, Rhodes, and Dr. Goller for deliberate indifference. (ECF No. 15.)

On November 12, 2021, the California Department of Corrections and Rehabilitation returned a notice of intent to not waive personal service on Defendant Serna because "KVSP has never had an employee by this name as a radiology technician." (ECF No. 19.) Therefore, service of process was forwarded to the United States Marshal. On November 16, 2021, the United States Marshal returned the summons as unexecuted, noting that more information is necessary. (ECF No. 20.) Plaintiff will

1

be granted the opportunity to provide additional information regarding the identity of Defendant Serna employed at Kern Valley State Prison as a radiology technician prior to the opening of discovery.

Accordingly, it is HEREBY ORDERED that, within **thirty (30) days** from the date of service of this order, Plaintiff shall provide additional information regarding the identity of Defendant Serna, if available, in order to effectuate service of the summons and complaint prior to discovery.

IT IS SO ORDERED.

Dated: **November 17, 2021**

UNITED STATES MAGISTRATE JUDGE