UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00990-DAD-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO INFORM THE COURT WHETHER ENTRY OF DEFAULT SHOULD BE IMPOSED AS TO DEFENDANT DAVID GOLLER<br><br>(ECF No. 24) |

Plaintiff Morris Roberson is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 7, 2021, the Court ordered service pursuant to this Court's electronic pilot program for civil rights cases on Plaintiff's excessive force claim against Defendants Fambrough, Johnson, Silva, Bedolla and Furlong for excessive force, failure to intervene claim against Defendants Cruz and Rodriguez, and deliberate indifference claim against Defendants Serna, Rhodes, and Doctor David Goller. (ECF No. 15.)

On November 12, 2021, the California Department of Corrections and Rehabilitation returned a notice of intent to not waive service as to Defendant David Goller. (ECF No. 19.) Thereafter, service was forwarded to the United States Marshal. On December 28, 2021, Defendant Goller waived service of the summons and complaint. (ECF No. 24.)

1

Rule 12 of the Federal Rules of Civil Procedure provides, "[A] defendant must serve an answer within 21 days after being served with the summons and complaint; or if it has timely waived service under Rule 4(d), within 60 days after the request for a waiver was sent." Fed. R. Civ. P. 12(a) (1)(A). Under Rule 4(d), a defendant may waive service of a summons by signing and returning a waiver of service. Fed. R. Civ. P. 4(d). If a defendant fails to plead or otherwise defend an action after being properly served with a summons and complaint, a default judgment may be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Here, the waiver of service was sent to Defendant Goller on November 15, 2021, and Defendant Goller's response was due sixty days thereafter, i.e. on or before January 14, 2022. (ECF No. 24.) To date, Defendant Goller has not filed a response to the complaint and the time to do so has passed. (Id.) Accordingly, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, Plaintiff shall inform the Court whether entry of default should be imposed against Defendant David Goller.

IT IS SO ORDERED.

Dated:   **January 19, 2022**

UNITED STATES MAGISTRATE JUDGE