UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. FARMBROUGH, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00990-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT GOLLER TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT WITHIN SEVEN DAYS<br><br>(ECF No. 29) |

Plaintiff Morris Roberson is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 7, 2021, the Court ordered service pursuant to this Court's electronic pilot program for civil rights cases on Plaintiff's excessive force claim against Defendants Fambrough, Johnson, Silva, Bedolla and Furlong for excessive force, failure to intervene claim against Defendants Cruz and Rodriguez, and deliberate indifference claim against Defendants Serna, Rhodes, and Doctor David Goller. (ECF No. 15.)

On November 12, 2021, the California Department of Corrections and Rehabilitation returned a notice of intent to not waive service as to Defendant David Goller. (ECF No. 19.) Thereafter, service was forwarded to the United States Marshal. On December 28, 2021, Defendant Goller waived service of the summons and complaint. (ECF No. 24.)

1

Because the waiver of service was sent to Defendant Goller on November 15, 2021, Defendant Goller's response was due sixty days thereafter, i.e. on or before January 14, 2022. (ECF No. 24.) However, Defendant Goller failed to file a timely response to the complaint. Therefore, on January 19, 2022, Plaintiff was granted thirty days to inform the Court whether entry of default should be imposed as to Defendant Goller. (ECF No. 27.)

On January 20, 2022, Defendant Goller filed an answer to the complaint (albeit untimely). (ECF No. 28.)

On February 4, 2022, Plaintiff filed a request to enter default as to Defendant Goller. (ECF No. 29.)

In light of Plaintiff's request for entry of default, it is HEREBY ORDERED that within seven (7) days from the date of service of this order, Defendant Goller shall file a response to Plaintiff's request addressing why entry of default should not be imposed.

IT IS SO ORDERED.

Dated:   **February 7, 2022**

UNITED STATES MAGISTRATE JUDGE

2