# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00990-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANT GOLLER'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 45) |

Plaintiff Morris Robinson, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant Goller's motion to modify the discovery and scheduling order, filed September 8, 2022. Although the time to file an opposition has not expired, the Court deems the motion to be submitted.

Good cause having been presented, it is HEREBY ORDERED that:

1. The initial expert disclosure deadline is extended to January 12, 2023;

2. The rebuttal expert disclosure deadline is extended to February 10, 2023;

3. The discovery deadline is extended to March 10, 2023;

4. The dispositive motion deadline is extended to April 19, 2023; and

///

///

///

1

5. All other provisions of the Court's March 10, 2022 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **September 9, 2022**

UNITED STATES MAGISTRATE JUDGE

2