# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00990-ADA-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT GOLLER TO RE-SERVE AND FILE MOTION FOR SUMMARY JUDGMENT WITH PROPER <u>RAND</u> NOTICE<br><br>(ECF No. 52) |

　　　　Plaintiff Morris Robinson, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On April 14, 2023, Defendant Goller filed a motion for summary judgment. (ECF No. 52.)

　　　　In <u>Woods v. Carey</u>, 684 F.3d 934, 939 (9th Cir. 2012), the Ninth Circuit held that a pro se prisoner plaintiff must be provided with "fair notice" of the requirements for opposing a motion for summary judgment at the time the motion is brought. Review of the current motion shows that Defendant Goller did not provide Plaintiff with the proper <u>Rand</u> notice. See <u>Rand v. Rowland</u>, 154 F.3d 952 (9th Cir. 1998). Rand, 154 F.3d 961; Local Rule 260. Plaintiff is entitled to service of the notice concurrently with the motion, <u>Woods v. Carey</u>, 684 F.3d 934, 938-41 (9th Cir. 2012); <u>Rand v. Rowland</u>, 154 F.3d at 960-61, in order to properly file an opposition if so desired, <u>Labatad v. Corrections Corp. of America</u>, 714 F.3d 1155, 1159 (9th Cir. 2013) (per curiam).

Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10) days** from the date of service of this order, Defendant Goller shall serve Plaintiff (and the Court) with the motion for summary judgment along with the proper Rand notice; and

2. Defendant's failure to properly serve the motion for summary judgment along with the proper Rand notice will result in denial of the motion by an assigned District Judge.

IT IS SO ORDERED.

Dated:   **April 17, 2023**

UNITED STATES MAGISTRATE JUDGE

2