# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00990-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 54) |

　　　Plaintiff Morris Robinson, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Defendants' motion to modify the scheduling order, filed April 18, 2023.

　　　Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to May 19, 2023. All other provisions of the Court's scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:　**April 19, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1