UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　　Defendants. | No.  1:21-cv-00990-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT RHOADES<br><br>(ECF Nos. 64, 68) |

　　　　Plaintiff Morris Roberson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

　　　　On August 9, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court grant Plaintiff's Federal Rule of Procedure 41(a)(2) motion for voluntary dismissal of Defendant Rhoades.  (ECF No. 68.)  The findings and recommendations contained notice that the parties had fourteen days within which to file objections.  (*Id.* at 6–7.)  That deadline has passed, and no party has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

1

1      Accordingly,

2      1.    The findings and recommendations issued on August 9, 2023, (ECF No. 68), are
3                adopted in full;

4      2.    Plaintiff's motion for voluntary dismissal of Defendant Rhoades, (ECF No. 64), is
5                granted;

6      3.    Defendant Rhoades' motion for summary judgment, (ECF No. 59), is terminated
7                as moot; and

8      4.    The Clerk of Court is directed to terminate Defendant Rhoades from this action.

11     IT IS SO ORDERED.

12       Dated:    September 11, 2023

                                                           UNITED STATES DISTRICT JUDGE