UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00990-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTIN DEFENDANT GOLLER'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 52, 56, 67) |

Plaintiff Morris Roberson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On July 28, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court grant Defendant Goller's motion for summary judgment. (ECF No. 67.) The findings and recommendations contained notice that the parties had twenty-one days within which to file objections. (*Id.* at 18.) That deadline has passed, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

///

1

Accordingly,

1. The findings and recommendations issued on July 28, 2023, (ECF No. 67), are adopted in full;

2. Defendant Goller's motion for summary judgment, (ECF Nos. 52, 56), is granted; and

3. The Clerk of Court is directed to enter judgment in favor of Defendant Goller.

IT IS SO ORDERED.

Dated:   September 11, 2023

UNITED STATES DISTRICT JUDGE

2