FILED

NOV 06 2023

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. FARMBROUGH, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00990-ADA-SAB (PC)<br><br>ORDER THAT INMATE MORRIS ROBERSON IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Morris Roberson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 6, 2023. Inmate Morris Roberson, CDCR #C-83614, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 11/6/23

_____
UNITED STATES MAGISTRATE JUDGE

1