# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>J. FARMBROUGH, et al.,<br><br>  Defendants. | No. 1:21-cv-00990-KES-SAB (PC)<br><br>ORDER AFTER SETTLEMENT |

The Court conducted a settlement conference in this action on April 11, 2024, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: __April 11, 2024__          /s/ Barbara A. McAuliffe            _
                                   UNITED STATES MAGISTRATE JUDGE

1